[No. 70002-2-I. Division One. July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK E.
HARDTKE, *Appellant*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 12-1-05015-2, Donald E. Eaton, J., entered
February 15, 2013. *Affirmed* by unpublished opinion per
Spearman, C.J., concurred in by Dwyer and Leach, JJ.

[No. 70038-3-I. Division One. July 21, 2014.]

MICHAEL S. KENNARD ET AL., *Appellants*, v. CAPTAIN JACK JR.'S
FAMILY ENTERTAINMENT CENTER, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 12-2-02806-7, Deborra Garrett, J., entered
March 1, 2013. *Affirmed* by unpublished opinion per Dwyer,
J., concurred in by Spearman, C.J., and Leach, J.

[No. 70116-9-I. Division One. July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KELAN DELAST
POTTS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-04493-3, Catherine D. Shaffer, J., entered
March 1, 2013. *Affirmed* by unpublished opinion per Spear-
man, C.J., concurred in by Dwyer and Leach, JJ.

[No. 70125-8-I. Division One. July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR
SERANO SALINAS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 08-1-00877-3, Charles R. Snyder, J., en-
tered March 22, 2013. *Affirmed* by unpublished opinion per
Leach, J., concurred in by Spearman, C.J., and Dwyer, J.